UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL A. SCHILLINGER,

Plaintiff,

v.                                                          Case No. 26-cv-0251-bhl

JORDAN JOHNSON et al.,

Defendants.

## DECISION AND ORDER

Plaintiff Daniel Schillinger is incarcerated at the Racine Correctional Institution and representing himself in this 42 U.S.C. §1983 action.  On April 27, 2026, the Court dismissed this case after concluding the amended complaint failed to state a claim on which relief could be granted.  On May 12, 2026, Schillinger filed a motion for reconsideration.  He "humbly apologize[d] for the confusion created by his emotional and inartful style," and asked the Court to "take a second look at the acts."  Schillinger then set forth numerous allegations not included in his amended complaint.

After a final judgment is entered, a plaintiff may amend his complaint only after successfully moving to vacate or set aside the judgment under Rule 59(e) or 60(b).  *See Foster v. DeLuca*, 545 F.3d 582, 584 (7th Cir. 2008).  Schillinger has not made any attempt to do so, meaning the Court cannot consider the new allegations that he includes in his motion for reconsideration.  Moreover, the Court will deny the motion because Schillinger has not "clearly established" either newly discovered evidence or a manifest error of law or fact warranting relief, as required by Fed. R. Civ. P. 59(e).  *Harrington v. City of Chicago*, 433 F.3d 542, 546 (7th Cir. 2006) (citations omitted).  Indeed, Schillinger makes no argument regarding the merits of the Court's screening order and appears to acknowledge that it failed to satisfy the pleading requirements of Fed. R. Civ. P. 8.  Accordingly, the Court will deny Schillinger's motion for reconsideration.

**IT IS THEREFORE ORDERED** that Schillinger's motion for reconsideration (Dkt. No. 12) is **DENIED**.

Dated at Milwaukee, Wisconsin on June 2, 2026.

s/ *Brett H. Ludwig*

BRETT H. LUDWIG
United States District Judge